UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 05-61918-CIV-ALTONAGA/Turnoff

**CHANEL, INC.**, a New York corporation; **LOUIS VUITTON MALLETIER, S.A.**, a foreign business entity; and **MARC JACOBS TRADEMARKS, LLC**, a Delaware limited liability company,

    Plaintiffs,

vs.

**SHAWN M. ADAMSON**, an individual, d/b/a **LUXEHANDBAGS.COM** d/b/a **ON LINE BAGS** d/b/a **EXLUSIVEHANDGABS.NET** and **DOES 1-10**,

    Defendants.
_____/

## ORDER

**THIS CAUSE** came before the Court upon a *sua sponte* review of the record.

On September 29, 2006, the Court issued an Order granting Plaintiffs' Motion on Enlargement of Time to file a Reply to Defendant's Motion of Disputed Fact for Summary Judgment by October 12, 2006. To date, no Reply has been filed. Accordingly, it is

**ORDERED AND ADJUDGED** that Defendant shall file a Reply by **October 20, 2006**.

**DONE AND ORDERED** in Chambers at Miami, Florida this 16th day of October, 2006.

                                                                **CECILIA M. ALTONAGA**
                                                                **UNITED STATES DISTRICT JUDGE**

cc:    (1) Magistrate Judge William C. Turnoff
        (2) counsel of record
        (3) Shawn A. Adamson (*pro se*)
            21 Owen Street, Eureka Springs, AR 72632